UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v. **DECISION AND ORDER**

SANDRINE NYAMEGABE, 12-CR-298S

Defendant.

1. On October 29, 2012, the Defendant entered into a written plea agreement (Docket No. 13) and pled guilty to a One Count Felony Information (Docket No. 12) charging a violation of Title 18 U.S.C. § 911 (False claim of U.S. Citizenship).

2. On November 1, 2012, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 14) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1) and Local Rule 59(b).

4. This Court has carefully reviewed *de novo* Judge McCarthy's November 1, 2012, Report and Recommendation, the plea agreement, information, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge McCarthy's Report and Recommendation, and will accept Judge McCarthy's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge McCarthy's November 1, 2012, Report and Recommendation (Docket No. 14) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Sandrine Nyamegabe is accepted, and she is now adjudged guilty of Title 18 U.S.C. § 911.

SO ORDERED.

Dated: December 18, 2012
        Buffalo, New York

                                                  s/William M. Skretny
                                                  WILLIAM M. SKRETNY
                                                          Chief Judge
                                          United States District Court